IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JUN -8  AM 8: 40

| | | |
|---|---|---|
| JON R. DEUTSCH, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:16-CV-365-LY |
| | § | |
| CAPITOL ENDEAVORS, LTD., | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered an order of dismissal, by which the court dismissed all claims against defendant with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

    **IT IS ORDERED** that the case is hereby **CLOSED**.

    **SIGNED** this _____ day of June, 2016.

                                                   LEE YEAKEL
                                                UNITED STATES DISTRICT JUDGE